EEOC No. 461-2025-03155 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 461-2025-03155 |
| Louisiana Commission On Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Jameka S. Stribling

Phone No.:        228-239-3687
Year of Birth:    1986
Mailing Address: 3900 Monterey Drive
GULFPORT, MS 39501

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Avenues Recovery Center
No. Employees, Members: 15 - 100 Employees
Phone No.:
Mailing Address: 195 Highland Park Plaza, Suite 100
COVINGTON, LA 70433, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Disability, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 06/14/2025
Latest: 06/14/2025

THE PARTICULARS ARE:

I was hired by Avenues Recovery Center, on or about February 2024 as Counselor, I have been discriminated against because of my Sex-Sexual Orientation and Retaliation in that it was stated to me during a meeting by Executive Director, Kaitlyn Corden, "I didn't know you were engaged to a woman; I was told to congratulate you." I was retaliated against by being discharged after making several reports against the company for health and safety issues. The issues have caused me to seek mental therapy.

According to the company, I was discharged for sexual harassment and inappropriate behavior.

I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against in violation of the Americans with Disabilities Act, as amended.

EEOC No. 461-2025-03155 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Ms. Jameka S. Stribling
01/13/2026
_____
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____
Printed Name _____